[Civ. No. 8977.  First Appellate District, Division One.—December 24, 1934.]

CLARA A. PHILLIPS, Appellant, v. CLIFFORD F. REID, INC. (a Corporation), et al., Respondents.

C. J. Enking and E. V. Knauf for Appellant.

Reay, Scharf & Reay and Gibson, Dunn & Crutcher for Respondents.

THE COURT.— Complaint to quiet title. The judgment is affirmed on the authority of *Phillips* v. *Clifford F. Reid, Inc.,* No. 8978, this day decided (*ante,* p. 304 [39 Pac. (2d) 512]).

A petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on February 21, 1935.